RILEY v. DeBAER

No. 407PA01

Case below: 144 N.C. App. 357

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 18 December 2001 for the limited purpose of remanding to the Court of Appeals for reconsideration in light of *Johnson v. First Union Corp.*, 131 N.C. App. 142, 504 S.E.2d 808 (1998), *review allowed*, 349 N.C. 529, 526 S.E.2d 126 (1998), *review improvidently allowed*, 351 N.C. 339, 525 S.E.2d 171 (2000). *See In re Civil Penalty*, 324 N.C. 373, 379 S.E.2d (1981).

STATE v. ANDERSON

No. 269A00

Case below: Craven County Superior Court

Motion by defendant to stay appeal denied 18 December 2001.

STATE v. ANTHONY

No. 183A00

Case below: Gaston County Superior Court

Motion by defendant to dismiss 97CRS11653 for lack of jurisdiction denied 18 December 2001. Petition by defendant for writ of certiorari to consider dismissal of 97CRS11653 denied 18 December 2001.

STATE v. BAKER

No. 616P01

Case below: 146 N.C. App. 110

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001.